ATTACHMENT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JORDAN WOLF,

                       Plaintiff,

          - against -

RAWLINGS SPORTING GOODS COMPANY, INC.,
OFFICE OF THE COMMISSIONER OF BASEBALL,
MAJOR LEAGUE BASEBALL ENTERPRISES, INC.,
MAJOR LEAGUE BASEBALL PROPERTIES, INC.,
BALTIMORE ORIOLES LIMITED PARTNERSHIP,
BALTIMORE ORIOLES, INC., DELMARVA
SHOREBIRDS, 7TH INNING STRETCH, LLC,
NATIONAL ASSOCIATION OF PROFESSIONAL
BASEBALL LEAGUES, MINOR LEAGUE BASEBALL,
MINOR LEAGUE BASEBALL formerly known as
NATIONAL ASSOCIATION OF PROFESSIONAL
BASEBALL LEAGUES, INC. and SOUTH
ATLANTIC LEAGUE,

                       Defendants.
----------------------------------------------------------------X

No. 10-cv-3713 (JSR)

STIPULATION OF
DISCONTINUANCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/12

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action against defendants be, and the same hereby is discontinued, with prejudice, without costs to either party against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 5, 2012

| CLARK, GAGLIARDI & MILLER, P.C. | KAYE SCHOLER LLP |
|---|---|
| By: _/s/ Angela Morcone Giannini_ | By: _/s/ James D. Herschlein_ |
|     Angela Morcone Giannini, Esq. |     James D. Herschlein, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant |
| JORDAN WOLF | RAWLINGS SPORTING GOODS |
| 99 Court Street | COMPANY, INC. |
| White Plains, New York 10601 | 425 Park Avenue |
| (914) 946-8900 | New York, New York 10022 |
| | (212) 836-8000 |

ATTACHMENT B

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP

By: _____
Larry H. Lum, Esq.
Attorneys for Defendants
OFFICE OF THE COMMISSIONER OF
BASEBALL, MAJOR LEAGUE
BASEBALL ENTERPRISES, INC.,
MAJOR LEAGUE BASEBALL
PROPERTIES, INC.,
150 East 42nd Street
New York, New York 10017
(212) 490-3000

FAUST, GOETZ, SCHENKER & BLEE

By: _____
Matthew B. Stein, Esq.
Attorneys for Defendants
NATIONAL ASSOCIATION OF
PROFESSIONAL BASEBALL
LEAGUES, MINOR LEAGUE
BASEBALL, MINOR LEAGUE
BASEBALL formerly known as
NATIONAL ASSOCIATION OF
PROFESSIONAL BASEBALL
LEAGUES, INC.
Two Rector Street, 20th Floor
New York, New York 10006
(212) 363-6900

SO ORDERED:

_____
Honorable Jed S. Rakoff

1-30-12